UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 14, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO ANTONIO SANCHEZ GARCIA,<br><br>Defendant. | Case No.   2:22-mj-00100-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARCO ANTONIO SANCHEZ GARCIA , Case No.  2:22-mj-00100-DB  Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

  X     Unsecured Appearance Bond $   50,000

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

  X     (Other):

Issued at Sacramento, California on July 14, 2022, at 3:00 PM.

By:  _/s/ Allison Claire_

Magistrate Judge Allison Claire