IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | Case №: 2:22-cr-00157 JAM |
| vs. | **O R D E R**<br>**APPOINTING COUNSEL** |
| MARCO ANTONIO SANCHEZ GARCIA, | |

Mr. Jimenez notified the court of a conflict in this new case. Olaf Hedberg is appointed represent the above defendant in this case effective *nunc pro tunc* to July 25, 2022.

This appointment shall remain in effect until further order of this court.

Dated: July 26, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL          1