KIMBERLY A. SANCHEZ
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCO ANTONIO SANCHEZ GARCIA, <br><br> Defendant. | CASE NO. 2:22-cr-00157-JAM-3 <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br><br> DATE: August 5, 2025 <br> TIME: 9:00 a.m. <br> COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 5, 2025.

2. By this stipulation, defendant now moves to **continue** the **status conference** until **October 21, 2025, at 09:00 a.m.**, and to exclude time between August 5, 2025, and October 21, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery associated with this case includes over 600 pages of discovery, including police reports, chemical analysis reports, photographs, and video recordings. All of this discovery has been either produced directly to counsel

and/or made available for inspection and copying.

      b)     This case was originally charged by indictment on July 21, 2022. ECF 35. On March 11, 2025, this matter for set for jury trial on June 9, 2025. ECF 76. Subsequently, the defendant failed to appear on April 22, 2025, and May 13, 2025, and the trial was vacated. ECF 79, 82. On July 15, 2025, the appeared in custody on a pretrial service violation petition. ECF. On July 17, 2025, current defense counsel was appointed to represent the defendant in lieu of prior defense counsel Olaf Hedberg.

      c)     Based on defense counsel's recent appointment to the case, counsel for defendant desires additional time to review the discovery, meet with the defendant, and otherwise prepare for trial in this matter.

      d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The government does not object to the continuance.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 5, 2025 to October 21, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 22, 2025 | KIMBERLY A. SANCHEZ<br>Acting United States Attorney<br><br>/s/ JUSTIN L. LEE<br>JUSTIN L. LEE<br>Assistant United States Attorney |
| Dated: July 22, 2025 | /s/ TAMARA SOLOMAN<br>TAMARA SOLOMAN<br>Counsel for Defendant<br>MARCO ANTONIO SANCHEZ GARCIA |

**ORDER**

IT IS SO ORDERED.

| | |
|---|---|
| Dated: July 29, 2025 | /s/ John A. Mendez<br>THE HONORABLE JOHN A. MENDEZ<br>SENIOR UNITED STATES DISTRICT JUDGE |