1  ERIC GRANT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00157-JAM-3
12 |              Plaintiff,    | **STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING**
13 |              v.            |
14 | MARCO ANTONIO SANCHEZ GARCIA, | DATE: October 20, 2025
   |                             | TIME: 9:00 a.m.
15 |              Defendant.     | COURT: Hon. John A. Mendez

16

17                          **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and

19 defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20     1.   By previous order, this matter was set for status on October 20, 2025.

21     2.   The parties have reached a plea agreement in this matter.

22     3.   By this stipulation, the parties jointly request that the Court set this matter

23 for a change of plea hearing on **November 04, 2025, at 9:00 a.m.**

24     IT IS SO STIPULATED.

25 ///

26 ///

27 ///

28 ///

STIPULATION TO SET COP                    1

Dated: October 20, 2025        ERIC GRANT
                                              United States Attorney

                                              /s/ JUSTIN L. LEE
                                              JUSTIN L. LEE
                                              Assistant United States Attorney

Dated: October 20, 2025        /s/ TAMARA SOLOMAN
                                              TAMARA SOLOMAN
                                              Counsel for Defendant
                                              MARCO ANTONIO SANCHEZ
                                              GARCIA

**ORDER**

IT IS SO ORDERED.

Dated: October 20, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE